

**FILED**

Jun 04 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ A Cortez          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

May 2025 Grand Jury

| UNITED STATES OF AMERICA, | Case No.     '25 CR2177 BTM |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony); Title 8, U.S.C., Sec. 1326(a) and (b) – Attempted Reentry of Removed Alien |
| ISMAEL CASTRO-GONZALEZ, aka Francisco Javier Garcia Valdez, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about May 8, 2025, within the Southern District of California, defendant ISMAEL CASTRO-GONZALEZ, aka Francisco Javier Garcia Valdez, did forcibly assault a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Border Patrol Agent D. Smoak, while Agent Smoak was engaged in and on account of the performance of official duties, such acts involving physical contact with Agent Smoak, by using his elbow to strike Agent Smoak's head, attempting to tackle Agent Smoak, and reaching for and grabbing Agent Smoak's holstered firearm and baton; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

//

DJK:nlv:San Diego:6/3/25

Count 2

On or about May 8, 2025, within the Southern District of California, defendant ISMAEL CASTRO-GONZALEZ, aka Francisco Javier Garcia Valdez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense; all in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that the defendant ISMAEL CASTRO-GONZALEZ, aka Francisco Javier Garcia Valdez, was removed from the United States subsequent to January 2, 2003.

DATED: June 4, 2025.

A TRUE BILL:

ADAM GORDON
United States Attorney

By: _____
DAVID KETE
Assistant U.S. Attorney

2