# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        V.

Ismael Castro-Gonzalez,

                Defendant.

Criminal Case No. 25cr2177-BTM

ORDER

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 2 of the Indictment .

Dated:  07/31/2025

_Barry Ted Moskowitz_
Hon. Barry Ted Moskowitz
United States District Judge